**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KATHERINE SETO, | |
| Plaintiff, | Case No. 4:21-cv-03165 |
| v. | Honorable Sim Lake |
| DIAZ & ASSOCIATES, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, KATHERINE SETO ("Plaintiff"), by and through the undersigned counsel and in support of her Notice of Voluntary Dismissal, without Prejudice, state as follows:

The Parties have reached a settlement, however, it will take several months for the Parties to finalize the terms of the settlement agreement. Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, DIAZ & ASSOCIATES, INC., without prejudice, with leave to reinstate through April 11, 2022. After April 11, 2022, the dismissal shall become with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 12th day of November 2021.

Dated: November 12, 2021                    Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim Esq.
Federal I.D. 3098183
*Counsel for Plaintiff*
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200

Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 12, 2021, a true and correct copy of

the above and foregoing document was filed with the Court and served on all parties requested

electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim Esq.